**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DANIEL COLLINGSWORTH**                                                                 **PLAINTIFF**

**v.**                                   **Case No. 3:21-cv-00205 KGB**

**HARTFORD LIFE AND
ACCIDENT INSURANCE COMPANY**                                               **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 6).  Plaintiff Daniel Collingsworth filed his complaint against defendants Hartford Life and Accident Insurance Company ("Hartford") and American Industrial Transport, Inc., as the successor in interest to American Railcar Industries, Inc. ("AIT") (Dkt. No. 1).  Mr. Collingsworth represents that he has been advised that Hartford is the appropriate defendant for purposes of defending the claims in his complaint and for the satisfaction of any judgment based thereupon (*Id.*).  Accordingly, Mr. Collinsworth stipulates to the dismissal of AIT (*Id.*).  The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  For good cause shown, the Court adopts the stipulation of dismissal.  The Court dismisses AIT as a party to this action.

So ordered this 14th day of April, 2022.

Kristine G. Baker
United States District Judge