IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANIEL COLLINGSWORTH**                                                    **PLAINTIFF**

**v.**                          **Case No. 3:21-cv-00205 KGB**

**HARTFORD LIFE AND**
**ACCIDENT INSURANCE COMPANY**                                    **DEFENDANT**

## **ORDER**

Before the Court is defendant Hartford Life and Accident Insurance Company's ("Hartford") unopposed motion for extension of scheduling order deadlines (Dkt. No. 9). On April 15, 2022, this Court entered an ERISA Scheduling Order in this matter setting various deadlines for filing the stipulated record and briefs (Dkt. No. 8). Hartford requests that the Court enter an Order extending the current scheduled deadlines in this action by 90 days (Dkt. No. 9). Hartford states that extending the current deadlines will afford the parties additional time and opportunity to continue settlement negotiations (*Id.*, ¶¶ 2–3). Hartford states that that counsel for plaintiff Daniel Collingsworth does not object to this motion and agrees that extending the current scheduled deadlines will increase the likelihood a settlement is reached or, in the alternative, allow sufficient time for the parties to prepare the record and briefing (*Id.*, ¶ 4).

For good cause shown, the Court grants the motion and extends the current scheduled deadlines as follows:

    (a)    The stipulated record must be filed by September 12, 2022;

    (b)    Plaintiff's brief must be filed by September 26, 2022;

    (c)    Defendant's brief must be filed by October 11, 2022; and

    (d)    A reply brief, if plaintiff wishes to file one, must be filed by October 17, 2022.

So ordered this 28th day of June, 2022.

_____
Kristine G. Baker
United States District Judge