IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANIEL COLLINGSWORTH**                                                               **PLAINTIFF**

v.                        **Case No. 3:21-cv-00205 KGB**

**HARTFORD LIFE AND**
**ACCIDENT INSURANCE COMPANY**                                    **DEFENDANT**

## <u>ORDER</u>

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 13). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal with prejudice and dismisses this case with prejudice.

So ordered this 30th day of November, 2022.

_____
Kristine G. Baker
United States District Judge